# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 24-9209 |
| TRAVIS JON ARNOLD and SEBASTIAN AREVALO | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (Sean Nadel, Assistant U.S. Attorney, appearing), and defendant Sebastian Arevalo (Michael J. Pappa, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through March 10, 2025.

2. This is the fourth continuance that the has Court granted.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

      a.    The parties have entered into a plea agreement and desire additional time for the charging instrument and associated documents to be prepared and filed with the Court and for the defendant's plea hearing to be scheduled and conducted.

      b.    Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this order is signed through March 10, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

- 3 -

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

s/ Cathy L. Waldor 1/10/25<br>
HON. CATHY L. WALDOR<br>
United States Magistrate Judge

Dated: January __, 2025

Form and entry consented to:

_____
Sean Nadel
Assistant U.S. Attorney

/s/ Michael J. Pappa/SN
_____
Michael J. Pappa, Esq.
Counsel for Sebastian Arevalo

/s/ Benjamin Levin/SN
_____
Benjamin Levin
Chief, Narcotics/OCDETF Unit